IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ALONDA RUTH DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07-2472-JAR |
| ) | |
| DIVISION OF WORKER'S ) | |
| COMPENSATION, et al., ) | |
| ) | |
| Defendants. ) | |

**REPORT AND RECOMMENDATION**

This case was filed by plaintiff, proceeding pro se, on October 4, 2007.  On October 11, 2007, the court found plaintiff's financial affidavit accompanying her application for leave to file action without payment of fees, costs, or security incomplete and ordered her to file a supplemental financial affidavit by October 26, 2007.  Plaintiff failed to file such a supplemental financial affidavit.  On October 30, 2007, the court denied plaintiff's application to proceed in forma pauperis based on the incomplete information in her financial affidavit.  The court ordered plaintiff to pay the $350 filing fee by November 9, 2007.  The court advised that if the required fee was not received by the specified date, the undersigned magistrate judge would recommend to the district judge that the case be dismissed in its entirety.  To date, plaintiff has failed to pay the required filing fee.

Therefore, the court recommends that this case be dismissed without prejudice for failure to pay the $350 filing fee.

O:\ORDERS\07-2472-JAR-RR.wpd

Within 10 days after being served with a copy of this recommended disposition, plaintiff may serve and file specific, written objections to the proposed recommendation.[1] If no objections are timely filed within the ten-day period, no appellate review will be allowed by any court.

A copy of this order shall be mailed by the clerk to plaintiff by certified and regular mail.

IT IS SO ORDERED.

Dated this 26th day of November, 2007, at Kansas City, Kansas.

          s/James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge

---

[1] *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).