# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **ALONDA RUTH DAVIS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | No. 07-2472-KHV |
| **DIVISION OF WORKER'S** ) | |
| **COMPENSATION, et al.,** ) | |
| ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

## ORDER

On November 26, 2007, Magistrate Judge James P. O'Hara recommended that this case be dismissed without prejudice for failure to pay the $350 filing fee. See Report And Recommendation (Doc. #7). The deadline for written objections to Judge O'Hara's Report and Recommendation was December 13, 2007. The parties have not objected. For this reason, and for good cause shown, the Court adopts the Report and Recommendation (Doc. #7) in its entirety.

**IT IS THEREFORE ORDERED** that this case is dismissed in its entirety without prejudice.

Dated this 22nd day of January, 2008 at Kansas City, Kansas.

                                                 s/ Kathryn H. Vratil  
                                                 KATHRYN H. VRATIL  
                                                 United States District Judge